Docusign Envelope ID: 800C94D6-A934-8178-801F-EFA3C4732B4D

EXHIBIT
1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

VIRGINIA COLE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CASH BY PHONE, LLC,

Defendant.

No. 3:26-cv-00361

CLASS ACTION

JURY TRIAL DEMANDED

## DECLARATION OF ANDREW BUSER

I, Andrew Buser, hereby declare the following to be true pursuant to 28 U.S.C. § 1746:

1. I am over 21 years old, have personal knowledge of the facts stated herein, and could and would testify competently thereto if called upon to do so.

2. I am an attorney, and have been licensed to practice law in Missouri since 2012 and Kansas since 2013. I am in good standing in all jurisdictions where I am admitted. I am the General Counsel for Cash By Phone LLC ("CBP"), the Defendant in the above-captioned litigation matter (the "Action"). I have held this position since 2014.

3. I am submitting this Declaration on CBP's behalf, in connection with the "Motion to Compel Arbitration or, In the Alternative, to Dismiss Plaintiff's Complaint" ("Motion") filed contemporaneously herewith in the Action. Nothing in this Declaration should be understood as an admission of any fact alleged by Plaintiff in the Action or of liability, which is denied. No waiver of attorney-client or other applicable privilege is intended or made through this Declaration.

4. In my professional capacity, I am familiar with CBP's business operations, policies, and practices, including but not limited to with respect to marketing and other outbound

communications made by or on behalf of CPB to current or potential customers and the signup and consent process for such communications. I am also familiar with how those communications are made. I am also familiar with CBP's corporate structure and operation, as well as that of related or affiliates corporate entities, and its business records and records-keeping procedures.

5. All the records described herein are regularly kept and/or maintained in the course of business, were made near or at the time of the act or event recorded or were made reasonably soon thereafter, and were made or maintained by an employee, agent, vendor, or other representative of CBP. As part of my job, I have access to and have searched for and reviewed such records, including for this Declaration. Certain records were created by businesses or persons other than CBP, including third party vendors, or are available from public sources. In that regard, my understanding and belief is that all such records were made by, or from information transmitted by, a person with knowledge of the events described therein, at or near the time of the event described, and were prepared and kept in the ordinary course of the regularly conducted business activity of such entities. My understanding and belief, based on my professional experience and on my experience having reviewed such records in the past, is that the content of those records is reliable and accurate to the best of my knowledge. As part of its regular business practices, these records have been incorporated into CBP's business records and are routinely used and relied on by CBP in conducting its business and for other things, and were reviewed for this Declaration.

6. I have also reviewed the putative class action complaint (*see* Dkt. 1, the "Complaint") filed by Plaintiff Virginia Cole ("Plaintiff") in the Action, and I am familiar with the allegations made against CBP therein, and with the arguments and facts asserted in the Motion.

7. CBP is a limited liability company, organized under the laws of Kansas with its principal place of business in Kansas. CBP is an SMS sender for an affiliated corporate entity,

Search ROI LLC, which in turn connects consumers looking for different financial products (e.g., personal loans) with financial services providers. CBP operates nationwide, including obtaining consent to send SMS messages through the aforementioned affiliate's website, www.lendingforbadcredit.com (hereafter, "the Website"). Consumers can visit the Website (and other similar websites) and complete various online forms, through which they can apply for a loan or request more information. In doing so, consumers are also required to agree (among other things) to the relevant terms of service for the Website.

8. Available business and other records indicate Plaintiff "opted-in" (i.e., consented) to, among other things, receiving marketing communications (including texts) from or on behalf of CBP through the Website. Specifically, according to available business and other records reviewed for this Declaration, a person providing the name of "Virginia Cole" (which I understand is Plaintiff's name) visited the Website on March 8, 2025 from an electronic device using or connected to the internet with an Internet Protocol (or "IP") address starting with 152.86.XXX.XX (the "Subject IP Address"), and input various information into forms on the Website, described below. True and correct copies of said records are attached hereto as **Exhibit A**.[1]

9. At that time, the aforementioned person (i) completed call consent and other opt-in forms on the Website, and (ii) using those forms, provided various identifying information, all for the ostensible purpose of potentially being connected with a financial services provider. This identifying information (*see* Exhibit A) included the person providing, *inter alia,* (i) their full name (Virginia Cole), (ii) an email address (vcole454XXXX@gmail.com), (iii) a mailing address

---

[1] Any personally identifying or other confidential and proprietary personal or business information has not been provided in this Declaration or in any of the exhibits attached to the Declaration or discussed herein, and in some instances has been partially redacted for confidentiality and privacy reasons. I understand this information has been previously provided to Plaintiff, through her counsel, in unredacted form and can be provided to the Court by CBP's counsel upon request.

located in Hartsville, Tennessee, and (iv) a cell phone number beginning with a Tennessee 615 area code and ending in 7615 (the "Subject Number")—all of which I understand is associated with Plaintiff, per publicly available records and information and the allegations in Complaint I reviewed for this Declaration. Further, publicly available records indicate that the Subject IP Address "geolocates" to Tennessee (which I understand is where Plaintiff resides) and that it associated with Plaintiff as well as the email and mailing addresses input into the Website. True and correct copies of such records reflecting the foregoing are attached as **Exhibits B and C**.

10.     True and correct copies of relevant forms the user completed on the Website, in order of completion, are attached hereto as **Exhibits D, E, and F**.[2] The blue underlined text on each form represents clickable hyperlinks (if clicked, a new page opens). Specifically, Exhibit D reflects the form where the user first agreed to the "Terms of Service" (hereafter, "Terms") for the Website, which were hyperlinked on the form. At that time, the Terms contained an arbitration provision and class action waiver, which also had their own direct hyperlink of the form (if clicked, the "Arbitration Notice" hyperlink on the forms directly goes to the arbitration provisions of the Terms). Available records show that the user input a desired loan amount into the window on the form and clicked the "Next" button on the form to complete the process and signify agreement to the Terms. Exhibit E reflects the form used to request (consent to) marketing communications from CBP. Available records show that the user input the Subject Number described above and clicked the "Next" button on the form to complete the process and signify agreement to receive texts from or on behalf of CBP. Exhibit F is an additional form where the person provided consent to make a credit inquiry, and agreed to the hyperlinked Terms and Arbitration Notice on the form a second time. Available records show that the user input their social security number and clicked

---

[2] There were various forms completed on the Website. These are the forms relevant to the Motion.

Docusign Envelope ID: 800C94D6-A934-8178-801F-EFA3C4732B4D

the "View Offers" button on this form, again to complete the process and signify agreement to the Terms. Plaintiff could not have received any communications from or on behalf of CBP without completing all of these forms, and agreeing to the Terms.

11.     A true and correct copy of the operative Terms to which the user agreed are attached hereto as **Exhibit G**. At all relevant times, the Terms contained an arbitration provision and class action waiver (see pages 1 and 6), requiring all claims be arbitrated on an individual basis. All visitors to the Website must agree to the Terms to receive any communications from CBP.

12.     Contrary to what is alleged in the Complaint, the subject communications at issue occurred in 2025, starting on March 8, 2025 until March 14, 2025, when the user opted-out of them. *See* Exhibit A. CBP has no record of Plaintiff "opting out" of the arbitration provision in its Terms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 11, 2026 in Lenexa, Kansas

By: _____
Andrew Buser

## SMS Phone Lookup

EXHIBIT A

**Phones**

615████7615

**Search**

*Note: list each phone number on a new line.*

*Max of 100 numbers can be looked up at a time.*

| Phone | Event | Event Date | Email | IP Address | Landing Page | | First Name | Last Name | State | |
|---|---|---|---|---|---|---|---|---|---|---|
| 615████7615 | Optin | 2025-03-08 02:32:08 | Vcole454█████@gmail.com | 152.86.█████ | www.lendingforbadcredit.com | | Virginia | Cole | TN | |
| 615████7615 | Send | 2025-03-08 02:42:05 | | | | | | | | |
| 615████7615 | Send | 2025-03-08 09:52:31 | | | | | | | | |
| 615████7615 | Send | 2025-03-09 09:53:16 | | | | | | | | |
| 615████7615 | Send | 2025-03-10 09:54:17 | | | | | | | | |
| 615████7615 | Send | 2025-03-11 09:55:25 | | | | | | | | |
| 615████7615 | Send | 2025-03-12 09:56:19 | | | | | | | | |
| 615████7615 | Send | 2025-03-13 09:57:11 | | | | | | | | |
| 615████7615 | Send | 2025-03-14 09:58:17 | | | | | | | | |
| 615████7615 | Optout | 2025-03-14 13:15:11 | | | | | | | | |
| 615████7615 | Reply | 2025-03-14 13:15:11 | | | | | | | | |

<span style="color:red">**EXHIBIT B**</span>

**vcole454████@gmail.com - VIRGINIA COLE**

Email Address: **vcole454████@gmail.com**
Score: **100%**
Name: **VIRGINIA COLE** [ View Person Record ]

Address: ███████████ **HARTSVILLE, TN 37074-1342**
**(TROUSDALE COUNTY)**
Possible IP Address
**152.86**████ on **09/24/2025 (UNITED STATES OF AMERICA, TENNESSEE, LAFAYETTE) ISP: TRI-COUNTY FIBER COMMUNICATIONS LLC**



**vcole454████@gmail.com - VIRGINIA COLE**

Email Address: **vcole454████@gmail.com**
Score: **100%**
Name: **VIRGINIA COLE** [ View Person Record ]



████████████ **HARTSVILLE, TN 37074-1342**
**(TROUSDALE COUNTY)**
Possible IP Addresses
**152.86**████ n **09/24/2025 (UNITED STATES OF AMERICA,**
**TENNESSEE, LAFAYETTE) ISP: TRI-COUNTY FIBER**
**COMMUNICATIONS LLC**





# Table of Contents

**Subject Information** ................................................................................................ 2

**Potential Subject Photos (None Found)** ................................................................ 3

**Possible Criminal Records (None Found)** ............................................................ 3

**Possible Employers (5 Found)** .............................................................................. 3

**Address Summary (15 Found)** ............................................................................... 3

**Address Details (15 Found)** ................................................................................... 3

**Cities History (6 Found)** ........................................................................................ 5

**Counties History (4 Found)** ................................................................................... 5

**Driver's License Information (4 Found)** ................................................................. 5

**Professional Affiliations (None Found)** ................................................................ 5

**Professional Licenses (None Found)** ................................................................... 6

**Bankruptcy Records (None Found)** ...................................................................... 6

**Liens (None Found)** ............................................................................................... 6

**Judgments (1 Found)** ............................................................................................ 6

**Current Property Deeds (None Found)** ................................................................. 6

**Past Property Deeds (None Found)** ...................................................................... 6

**Property Foreclosures (None Found)** ................................................................... 6

**Property Assessments (None Found)** ................................................................... 6

**Current Vehicle Information (None Found)** ........................................................... 6

**Past Vehicle Information (6 Found)** ....................................................................... 6

**Global Watch Lists (None Found)** ......................................................................... 19

**US Business Affiliations (None Found)** ................................................................ 19

**UCC Filings (None Found)** ..................................................................................... 19

**US Corporate Affiliations (None Found)** ............................................................... 19

**Aircraft Records (None Found)** ............................................................................. 19

**Voter Registrations (None Found)** ........................................................................ 20

**Possible Relatives - Summary (82 Found)** ........................................................... 20

**Likely Associates - Summary (17 Found)** ............................................................ 21

**Possible Associates - Summary (29 Found)** ........................................................ 22

**Neighbor Phones (None Found)** ............................................................................ 22

## Important:

## ONLINE REPORT

**This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.**

**This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws.   User agrees to having knowledge of all applicable laws pertaining to the usage of data.  User accepts all responsibility civilly and criminally for any use of this system.**

**Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.**

## Comprehensive Report

**Comprehensive Report**
**Date:** 04/21/2026
Reference ID: ███████████
**LIB0013583**

**Report Legend**
 **D**    - Deceased Person
**LIB001358**

Relatives
   > - 1st Degree of Separation

   >> - 2nd Degree of Separation
  >>> - 3rd Degree of Separation

## Subject Information

(Best Information for Subject)

Name: VIRGINIA L COLE (09/02/1995 to 12/02/2025)
Date of Birth: ████████████ █████████
Gender: **Female**
SSN: ██████████ issued in **TENNESSEE** in **1976**

Other Individuals Observed with shared SSN: **None**

**Other Names Associated with Subject**
VIRGINIA LOUISE COLE(11/27/2013 to 12/02/2025)
VIRGINA L COLE(12/04/2023)
VIRIGINIA LOUISE COLE(04/18/2011 to 12/01/2015)
VIRGINIA COLE(12/31/1999 to 01/24/2014)
VIRGINIALOUISE COLE(09/02/2011 to 09/02/2013)

**Other DOBs Associated with Subject**
Date of Birth: **XX/1955** (0%)
Current Age: **70**

**Possible Phones Associated with Subject:**
████████████████████
████████████████████
████████████████████
(615)███-7615 (CT) (Mobile) (66%)
████████████████████
████████████████████
████████████████████
████████████████████
████████████████████
████████████████████
████████████████████

## Indicators

Bankruptcies: **No**
Liens: **No**
Judgments: **Yes**
Properties: **No**
Corporate Affiliations: **No**
Criminal/Traffic: **No**
Global Watch Lists Match: **No**

**Email Addresses Associated with Subject**
████████████████████
████████████████████
██████
vcole454██████@gmail.com (100%)
████████████████████
████████████████████
████████████████████
████████████████████
████████████████████
████████████████████



## Potential Subject Photos (None Found)

## Possible Criminal Records (None Found)

## Possible Employers (5 Found)



## Address Summary (15 Found)

██████████████ , HARTSVILLE, TN 37074-1342 (TROUSDALE COUNTY) (02/28/2022 to 04/21/2026)



## Address Details (15 Found)

████████████ , HARTSVILLE TN 37074-1342 (TROUSDALE COUNTY) (02/28/2022 to 04/21/2026) [ Back to Summary ]

Subdivision Name: **PARKHURST**



## Cities History (6 Found)

HARTSVILLE, TN (TROUSDALE COUNTY)  (06/1994 to 04/21/2026)



## Counties History (4 Found)



## Driver's License Information (4 Found)

VIRGINIA LOUISE COLE

███████████████, HARTSVILLE, TN 37074-1326 (TROUSDALE COUNTY)

DL#: XXXX-XXX-XX-XXX-X

Issuing State: **TN**

ID Type: **DL**

License Type: **ID**

VIRGINIA COLE

████████████ HARTSVILLE, TN 37074-1342 (TROUSDALE COUNTY)

VIRGINIA COLE

████████████ST, HARTSVILLE, TN 37074-1342 (TROUSDALE COUNTY)

VIRGINIA COLE

████████████T, HARTSVILLE, TN 37074-1342 (TROUSDALE COUNTY)

DL#: XXXX-XXX-XX-XXX-X

ID Type: **DL**

## Professional Affiliations (None Found)

## Professional Licenses (None Found)

## Bankruptcy Records (None Found)

## Liens (None Found)

## Judgments (1 Found)

VIRGINIA COLE[ View Person Record ]

, HARTSVILLE, TN 37074-1342 (TROUSDALE COUNTY)

## Current Property Deeds (None Found)

## Past Property Deeds (None Found)

## Property Foreclosures (None Found)

## Property Assessments (None Found)

## Current Vehicle Information (None Found)





**Most Current Owner/Registrant/Lien Information  - 01/10/2022**







(TROUSDALE COUNTY) (09/16/2022 to 10/14/2022)









**Registrant**









o 01/01/2001)

**Previous Owner/Registrant/Lien Information  - 1**

**Registrant**



**Global Watch Lists (None Found)**

**US Business Affiliations (None Found)**

**UCC Filings (None Found)**

**US Corporate Affiliations (None Found)**

**Aircraft Records (None Found)**

## Voter Registrations (None Found)





**FOR** ███████████████████████     ████████████████████████████████

████████████████████
█████████████████
████████████████


████████████████████████

# How much would you like to borrow?

$ 500

By clicking "Next", you agree to our Privacy Policy, Terms of Service, E-Consent, Arbitration Notice, and the use of Session Replay Technology. You also understand that if you are not connected with a Lender you may be connected with other financial service providers that offer products associated with your selected loan purpose.

**NEXT**

🔒 We use 256 bit SSL technology to encrypt your data.

Advertiser Disclosure

EXHIBIT E

# What is your phone number?

(615) ███-7615

Providing your phone number is your consent to receive calls, texts, and recorded messages from Search ROI, LLC, Cash By Phone, LLC, Identity Prover, and its network of Marketplace Partners, including parties calling on their behalf.

## NEXT

By providing my phone number and clicking on the "Next" button above, I provide my express consent to be contacted at the telephone number by Search ROI, LLC, Cash By Phone, LLC, Identity Prover, and up to six Marketplace Partners (including parties calling on their behalf) in connection with my loan request, for other marketing purposes, and related to credit or credit repair offers, including contact through automatic dialing systems, artificial or pre-recorded voice messaging, or text message. I understand that my consent applies to these text messages and telemarketing calls even if I have subscribed to a federal, state, or company "Do Not Call" registry. Message and data rates may apply. To opt-out, please follow the unsubscribe instructions within the text message. Clicking "Next" shall be my electronic signature to this consent. Consent is not required to utilize our services, and you may continue without providing a phone number by calling (800) 516-6577.

❮ Back

🔒 We use 256 bit SSL technology to encrypt your data.


Advertiser Disclosure

# What is your Social Security Number?

🔒 We do a soft pull which **does not** affect your credit score. We use 256-bit SSL technology to encrypt your data.

●●●●●●●●●●●

By providing your Social Security Number and clicking "View Offers" below, you are providing written instructions under the Fair Credit Reporting Act for Search ROI, LLC, and its Marketplace Partners with whom Search ROI, LLC connects you to obtain your consumer credit report from contracted Credit Bureau(s) associated with your pre-qualification for credit inquiry.

**VIEW OFFERS**

By providing my Social Security Number and clicking on "View Offers" above, I consent, acknowledge, and agree to the following:

- Terms of Service, Privacy Policy, Credit Authorization Agreement, E-Consent, Arbitration Notice, Advertiser Disclosure, Personal Loan Notice, and the use of Session Replay Technology.
- By continuing with the prequalification process, I understand and agree that I am authorizing Search ROI, LLC to obtain a consumer report from TransUnion. Search ROI, LLC may use the report to authenticate your identity and connect you with products or services. The inquiry is a soft pull of your consumer report and does not affect your credit score.
- I understand my information will be presented to a network of lenders and/or lending partners, and those lenders and/or lending partners will review and verify my information in order to determine if I may qualify for a loan. I acknowledge that lenders, lending partners, and other financial service providers may share my personal information, including approval status and funded status.
- I understand that if I am not connected with a personal loan lender and/or lending partner at the requested amount, my information may be shown to additional lenders and/or lending partners who provide lower loan amounts and higher rates. I also understand that if I am not connected with a Lender I may be connected with other financial service providers that offer products associated with my selected loan purpose.
- I certify that all information herein is true and complete.

❮ Back

🔒 We use 256 bit SSL technology to encrypt your data.

Advertiser Disclosure

<span style="color:red">EXHIBIT G</span>

# Terms of Service

**Last Updated: January 17, 2024**

ARBITRATION NOTICE: THESE TERMS OF SERVICE CONTAIN AN ARBITRATION CLAUSE. SEE DISPUTE RESOLUTION; GOVERNING LAW BELOW FOR DETAILS.

BY COMPLETING AND SUBMITTING A LOAN REQUEST TO BE CONNECTED WITH A LENDER AND/OR LENDING PARTNER THROUGH THE WWW.LENDINGFORBADCREDIT.COM WEBSITE (THE "SITE"), YOU AGREE TO THE TERMS AND CONDITIONS OF THIS AGREEMENT AS WELL AS THE PRIVACY POLICY POSTED TO THIS SITE, WHICH IS INCORPORATED INTO THIS AGREEMENT BY REFERENCE. AS SUCH, YOU MUST READ THIS AGREEMENT AND THE PRIVACY POLICY BEFORE COMPLETING AND SUBMITTING YOUR LOAN REQUEST. IF YOU DO NOT AGREE WITH THESE TERMS OF SERVICE AND THE PRIVACY POLICY, YOU ARE NOT GRANTED PERMISSION TO ACCESS OR OTHERWISE USE OUR LOAN CONNECTING SERVICE.

The terms and conditions stated in this Terms of Service Agreement ("Agreement") govern your use of the www.lendingforbadcredit.com loan connecting service ("Service"), as made available through the Site. Before downloading, accessing, or using any part of the Service, you should carefully review the following Agreement. We provide the Service to you only on the condition that you accept and agree to all of the terms and conditions stated in this Agreement. This Agreement will take effect at the moment you submit your Loan Request Form ("Loan Request Form", "Loan Request", "Request Form", or "Form) to be connected with one or more lenders and/or lending partners participating in our marketplace ("Marketplace Participants"), and/or begin downloading, accessing, or using the Service, whichever is earliest.

All references herein to "we" mean Search ROI, LLC d/b/a www.lendingforbadcredit.com including its successors and assigns, which operates the Site and the Service. All references herein to "Individual" or "you" refer to any user of this Site and the Service.

WWW.LENDINGFORBADCREDIT.COM IS NOT A LENDER AND/OR LENDING PARTNER, DOES NOT BROKER LOANS, AND DOES NOT MAKE CASH ADVANCES OR CREDIT DECISIONS. THIS SITE DOES NOT CONSTITUTE AN OFFER OR SOLICITATION TO LEND. WE WILL SHARE YOUR LOAN REQUEST INFORMATION WITH ONE OR MORE MARKETPLACE PARTICIPANTS. WE DO NOT GUARANTEE THAT YOU WILL BE CONNECTED WITH A LENDER AND/OR LENDING PARTNER; ANY PARTICULAR LOAN PROGRAM; THAT YOU WILL RECEIVE A LOAN. WE DO NOT GUARANTEE THAT THE PRICE, PRODUCT, AVAILABILITY, RATES, FEES, OR ANY OTHER LOAN TERMS OFFERED AND MADE AVAILABLE BY MARKETPLACE PARTICIPANTS THROUGH THIS SERVICE ARE THE BEST TERMS AVAILABLE IN THE MARKET. NOT ALL MARKETPLACE PARTICIPANTS PARTICIPATING IN THIS SERVICE CAN PROVIDE YOUR REQUESTED LOAN AMOUNT OR THE MOST FAVORABLE REPAYMENT TERMS. YOU ARE PROVIDING EXPRESS WRITTEN CONSENT UNDER THE FAIR CREDIT REPORTING ACT FOR OUR LENDERS AND/OR LENDING PARTNERS WITH WHOM YOU ARE CONNECTED TO OBTAIN YOUR CONSUMER CREDIT REPORT FROM YOUR CREDIT PROFILE OR OTHER INFORMATION FROM CONTRACTED CREDIT BUREAU(S) ASSOCIATED WITH YOUR PRE-QUALIFICATION FOR CREDIT INQUIRY.

**1. Eligibility Requirements.** You must be at least 18 years of age (or the age of majority in your state of residence) to set up an Account. If you provide any false, inaccurate, untrue, or incomplete information in your Loan Request Form, we may immediately terminate your access to and use of the Service. It is your responsibility to keep the confidentiality of any username(s) and password(s) associated with your Loan Request Form. THE SERVICE IS NOT AVAILABLE TO RESIDENTS OF CONNECTICUT, NEW HAMPSHIRE, WASHINGTON & VERMONT OR TO ACTIVE MEMBERS OF THE MILITARY.

**2. Loan Request Process.** The Service attempts to connect Individuals who complete and submit a Loan Request with one or more Marketplace Participants. To use the Service, you must complete and submit the information requested in the Loan Request Form, which information may include (by way of example and not limitation) your name, street address, telephone number, date of birth, banking account information, desired loan amount, social security number, employment information, and any other information requested at the time of collection. Alimony, child support, or separate maintenance income need not be disclosed unless relied upon for credit. You represent and warrant that the information you provide to us through your Loan Request Form is accurate and truthful. If you do not provide such information in such manner, we reserve the right to deny, suspend, or terminate Service. We reserve the right to refuse to provide the Service to you, in our sole discretion, with or without cause.

**Credit Authorization Agreement.** By submitting your loan request you are providing written consent under the Fair Credit Reporting Act to Search ROI, LLC and its Marketplace participants and agree that (a) you are submitting an inquiry to us about loan products offered by Marketplace Participants, (b) we will share some or all of your loan request information with Marketplace Participants, consistent with the terms of our Privacy Policy, and (c) your consent allows Marketplace Participants to review, verify, and research your information in real-time or otherwise for pre-qualification purposes and to determine whether you may qualify to receive a loan from them, including by verifying your social security number, reviewing your information against nation databases of consumer financial transaction information, performing a credit check with TransUnion, Experian, and Equifax, and/or taking any other steps necessary to make a decision on whether to extend credit or advance cash.
List of Marketplace Participants – OneMain

**CONSENT FOR ELECTRONIC SIGNATURES, RECORDS, AND DISCLOSURES ("E-Consent").** Please read this information carefully and print a copy and/or retain this information for future reference.

**Introduction.** You are submitting a request to be connected with one of our Marketplace Participants. In order to offer you a loan, the Marketplace Participants need your consent to use and accept electronic signatures, records, and disclosures ("E-Consent"). This form notifies you of your rights when receiving electronic disclosures, notices, and information. By clicking on the link assenting to our terms, you acknowledge that you received this E-Consent and that you consent to conduct transactions using electronic signatures, electronic disclosures, electronic records, and electronic contract documents ("Disclosures").

**Option for Paper or Non-Electronic Records.** You may request any Disclosures in paper copy by contacting the Marketplace Participants directly. The lenders and/or lending partners will retain all Disclosures as applicable law requires.

**Scope of Consent.** This E-Consent applies to all interactions online concerning you and the Marketplace Participants and includes those interactions engaged in on any mobile device, including phones, smart-phones, and tablets. By exercising this E-Consent, the Marketplace Participants may process your information and interact during all online interactions with you electronically. The Marketplace Participants may also send you notices electronically related to its interactions and transactions. Disclosures may be provided online at our or Marketplace Participants' websites, and may be provided by e-mail.

Case 3:26-cv-00361    Document 16-1    Filed 05/11/26    Page 36 of 42 PageID #: 119

**Consenting to Do Business Electronically.** Before you decide to do business electronically with the Marketplace Participants, you should consider whether you have the required hardware and software capabilities described below.

**Hardware and Software Requirements.** To access and retain the Disclosures electronically, you will need to use the following computer software and hardware: A PC or MAC compatible computer or other device capable of accessing the Internet, access to an e-mail account, and an Internet Browser software program that supports at least 128 bit encryption, such as Microsoft® Internet Explorer, Netscape® or Mozilla Firefox®. To read some documents, you may need a PDF file reader like Adobe® Acrobat Reader X ® or Foxit®. You will need a printer or a long-term storage device, such as your computer's disk drive, to retain a copy of the Disclosures for future reference. You may send any questions regarding the hardware and software requirements directly to the Marketplace Participants.

**Withdrawing Consent.** Your E-Consent for our connecting service and for our Marketplace Participants' consideration of your connecting request cannot be withdrawn because it is a one-time transaction. If you are connected with one or more Marketplace Participants, you are free to withdraw your E-Consent with them at any time and at no charge. However, if you withdraw this E-Consent before receiving credit, you may be prevented from obtaining credit from the Marketplace Participant. Contact the Marketplace Participant directly if you wish to withdraw this E-Consent. If you decide to withdraw this E-Consent, the legal effectiveness, validity, and enforceability of prior electronic Disclosures will not be affected.

**Change to Your Contact Information.** You should keep Marketplace Participants informed of any change in your electronic address or mailing address. You may update such information by logging into the Marketplace Participants' website or by sending the Marketplace Participants a written update by mail.

YOUR ABILITY TO ACCESS DISCLOSURES. BY CLICKING THE LINK, YOU ASSENT TO OUR TERMS. YOU ACKNOWLEDGE THAT YOU CAN ACCESS THE DISCLOSURES IN THE DESIGNATED FORMATS DESCRIBED ABOVE.

CONSENT. BY CLICKING THE LINK, YOU ASSENT TO THE TERMS. YOU ACKNOWLEDGE YOU HAVE READ THIS INFORMATION ABOUT ELECTRONIC SIGNATURES, RECORDS, DISCLOSURES, AND DOING BUSINESS ELECTRONICALLY. YOU CONSENT TO USING ELECTRONIC SIGNATURES, HAVING ALL DISCLOSURES PROVIDED OR MADE AVAILABLE TO YOU IN ELECTRONIC FORM AND TO DOING BUSINESS WITH THE MARKETPLACE PARTICIPANT ELECTRONICALLY. YOU ACKNOWLEDGE THAT YOU MAY REQUEST A PAPER COPY OF THE ELECTRONIC RECORDS AND DISCLOSURES, WHICH WILL BE PROVIDED TO YOU AT NO CHARGE. IF YOU REFRAIN FROM PROCEEDING THEN YOU NEITHER WISH TO USE ELECTRONIC SIGNATURES NOR CONDUCT THIS TRANSACTION ELECTRONICALLY. YOU ALSO ACKNOWLEDGE THAT YOUR CONSENT TO ELECTRONIC DISCLOSURES IS REQUIRED TO RECEIVE SERVICES FROM MARKETPLACE PARTICIPANTS OVER THE INTERNET.

Under the federal E-SIGN Act and related state laws, with your consent, we can deliver such required information to you electronically and can use electronic records and electronic signatures in connection with your transactions with Marketplace Participants in our network. If you do not want to receive the required information electronically, or do not want to use electronic signatures in connection with your transactions with the Marketplace Participants, you should not agree to the terms of this agreement. If you do not consent to receiving the required information electronically, or do not consent to the use of electronic signatures in connection with your transactions with Marketplace Participants in our network, we will not be able to proceed with you.

**3. Information Review Process.** If one or more Marketplace Participants review your Loan Request information and determine that you meet its loan qualification criteria, we will provide you the name(s) and contact information of the Marketplace Participant(s) or redirect your browser to their website. Once we connect you

Case 3:26-cv-00361     Document 16-1     Filed 05/11/26     Page 37 of 42 PageID #: 120

with a Marketplace Participant in either manner, we have no further involvement in the Loan Request Form or approval process. Your subsequent interactions with them are subject to their privacy policies, terms of use, and other policies or terms enforced by that Marketplace Participant. In addition, Marketplace Participants who review your information may contact you at a later time to offer their products and services to you.

I expressly authorize the Marketplace Participant I am connected with to share among its affiliates, loan servicers, and bank partners any transaction history related to my financial products or services received or serviced through the Marketplace Participant for the purpose of evaluating me for credit.

We are not responsible for any failure or delay in providing the Service caused by errors, inaccuracies, or falsity in any of the Loan Request Form information provided by your or by any technical problems beyond our reasonable control.

We are not an agent of you or any Marketplace Participant. We are not involved with the Marketplace Participant's review and/or use of your Loan Request information or in making a determination about whether you meet a particular Marketplace Participant's loan qualification criteria. We do not recommend or endorse the products of any particular Marketplace Participant. The Marketplace Participant is solely responsible for its services to you, and you agree that we shall not be liable for any damages or costs of any type arising out of or in any way connected with your use of the Service. You understand that Marketplace Participant may keep your Loan Request information for their own business and marketing purposes, whether or not you qualify for a loan with them.

**4. License.** This Agreement provides to you a personal, revocable, limited, non-exclusive, royalty-free, non-transferable license to use this Site conditioned on your continued compliance with the terms and conditions of this Agreement. Notwithstanding the foregoing, you may not modify, translate, decompile, create derivative work(s) of, copy, distribute, disassemble, broadcast, transmit, publish, remove or alter any proprietary notices or labels, license, sublicense, transfer, sell, mirror, frame, exploit, rent, lease, private label, grant a security interest in, or otherwise use in any manner not expressly permitted herein the Site. Moreover, you may not (i) use any "deep link," "page scrape," "robot," "spider," or other automatic device, program, script, algorithm, or methodology, or any similar or equivalent manual process, to access, acquire, copy, or monitor any portion of this Site or in any way reproduce or circumvent the navigational structure or presentation of this Site to obtain or attempt to obtain any materials, documents, or information through any means not purposely made available through the Site, (ii) attempt to gain unauthorized access to any portion or feature of this Site, including, without limitation, the account of another Individual or any other systems or networks connected to this Site or to any of our servers or to any of the services offered on or through the Site, by hacking, password "mining," or any other illegitimate or prohibited means, (iii) probe, scan, or test the vulnerability of this Site or any network connected to the Site, nor breach the security or authentication measures on this Site or any network connected to the Site, (iv) reverse look-up, trace, or seek to trace any information on any other User of or visitor to the Site, (v) take any action that imposes an unreasonable or disproportionately large load on the infrastructure of this Site or our systems or networks or any systems or networks connected to the Site, (vi) use any device, software, or routine to interfere with the proper working of this Site or any transaction conducted on the Site, or with any other person's use of the Site, (vii) forge headers, impersonate a person, or otherwise manipulate identifiers in order to disguise your identity or the origin of any message or transmittal you send to us on or through the Site, (viii) use the Site to harvest or collect e-mail addresses or other contact information; or (ix) use this Site in an unlawful manner or in a manner that could damage, disparage, or otherwise negatively impact us. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, COPYING OR REPRODUCING ANY SERVICES, PROGRAMS, PRODUCTS, INFORMATION, OR MATERIALS PROVIDED BY US TO ANY OTHER SERVER OR LOCATION FOR FURTHER REPRODUCTION OR REDISTRIBUTION IS EXPRESSLY PROHIBITED.

**5. Disclaimer Of Warranties, Release, And Limitation Of Liability.** THE SERVICE AND SITE AND ALL INFORMATION, PROGRAMS, SOFTWARE, AND MATERIALS PROVIDED THEREIN (COLLECTIVELY, "SERVICE INFORMATION") ARE PROVIDED ON AN "AS-IS" AND "AS AVAILABLE" BASIS AND MAY INCLUDE ERRORS, OMISSIONS, OR OTHER INACCURACIES. MOREOVER, WE MAY MAKE MODIFICATIONS AND/OR CHANGES IN THE SERVICE INFORMATION AT ANY TIME AND FOR ANY REASON. YOU ASSUME THE SOLE RISK OF MAKING USE OF AND/OR RELYING ON THE SERVICE INFORMATION. WE AND OUR PARENT, LICENSORS, SUBSIDIARIES, ADVERTISERS, MARKETPLACE PARTICIPANTS AND AFFILIATES MAKE NO REPRESENTATIONS OR WARRANTIES ABOUT THE SUITABILITY, COMPLETENESS, TIMELINESS, RELIABILITY, LEGALITY, OR ACCURACY OF THE SERVICE INFORMATION FOR ANY PURPOSE, AND EXPRESSLY DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NON-INFRINGEMENT OR ANY OTHER IMPLIED WARRANTY. WE MAKE NO REPRESENTATION OR WARRANTY THAT THE SERVICE WILL OPERATE ERROR FREE OR IN AN UNINTERRUPTED FASHION OR THAT ANY FILES OR INFORMATION THAT YOU ACCESS FROM THE SERVICE WILL BE FREE OF VIRUSES OR CONTAMINATION OR DESTRUCTIVE FEATURES. Some jurisdictions do not allow the disclaimer of certain warranties or conditions or the limitation or exclusion of liability for loss or damage caused by negligence, breach of contract or breach of implied terms, or incidental or consequential damages. Accordingly, only the limitations which are lawful in your jurisdiction will apply to you and our liability will be limited to the maximum extent permitted by law. You expressly absolve and release us and our Marketplace Participants from any claim of harm resulting from a cause beyond our or our Marketplace Participants' control, including, but not limited to, failure of electronic or mechanical equipment or communication lines, telephone or other connection problems, computer viruses, unauthorized access, theft, operator errors, severe weather, earthquakes, or natural disasters, strikes, or other labor problems, wars, or governmental restrictions. YOU EXPRESSLY UNDERSTAND AND AGREE THAT WE AND OUR PARENT, LICENSORS, SUBSIDIARIES, ADVERTISERS, MARKETPLACE PARTICIPANTS AND AFFILIATES OR ANY OF OUR OR THEIR OFFICERS, DIRECTORS, AGENTS, EMPLOYEES, SUCCESSORS, ASSIGNS, OR SERVICE PROVIDERS SHALL NOT BE LIABLE TO YOU FOR: (A) ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES WHICH MAY BE INCURRED BY YOU, HOWEVER CAUSED AND UNDER ANY THEORY OF LIABILITY, ARISING OUT OF OR IN ANY WAY CONNECTED TO THE USE OF THIS SITE, THE SERVICE, OR ANY INFORMATION, SOFTWARE, PRODUCTS, AND SERVICES OBTAINED THROUGH THE SITE, WHETHER RESULTING IN WHOLE OR IN PART FROM BREACH OF CONTRACT, TORTIOUS BEHAVIOR, NEGLIGENCE, STRICT LIABILITY, OR OTHERWISE, EVEN IF WE OR OUR MARKETPLACE PARTICIPANTS HAVE BEEN ADVISED OF THE POSSIBILITY OF DAMAGE. Because some jurisdictions do not allow the exclusion or limitation of liability for consequential or incidental damages, the above limitation may not apply. You hereby agree to indemnify and hold us harmless against any claims made by you or your successors arising out of or related to any violation of federal, state or local laws relating to any loan that you receive through the Service or your interactions with any Marketplace Participants with whom you were connected through the Service.

**6. Termination.** We may temporarily or permanently stop providing the Service (or any features within the Service) to you, or terminate this Agreement, at any time if (a) you have breached any provision of this Agreement, (b) we are required to do so by law, (c) we believe, in our sole discretion, that you have committed fraud with respect to your access to and use of the Service, (d) the Marketplace Participants or other business partner with whom we offer the Service to you has terminated its relationship with us, (e) the provision of the Service to you by us is, in our sole opinion, no longer commercially viable, or (f) we are no longer providing the Service to customers in the jurisdiction in which you reside or from which you use the Service. Termination is effective without notice.

**7. Governing Law; Dispute Resolution.** You agree that: (1) Any claim, dispute, or controversy (whether in contract, tort, or otherwise) between you and Search ROI, LLC, along with any of its present and future marketing contractors, marketing affiliates, lead buyers, assignees, or other individuals or entities who may contact you in connection with the website or the services provided on the website (the "Search ROI, LLC Parties"), and arising out of, relating to, or connected in any way with the website or the services provided on the website will be resolved exclusively by final and binding arbitration conducted pursuant to the American Arbitration Association ("AAA") Consumer Arbitration Rules (if and as applicable depending on the amount in controversy); (2) This arbitration agreement is made pursuant to a transaction governed by the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1-16; (3) The arbitration will be held in your county of residence; (4) The arbitrator's decision will be controlled by the terms and conditions of this Agreement; (5) The arbitrator will apply Kansas law consistent with the FAA and applicable statutes of limitations and will honor claims of privilege recognized at law; (6) There will be no authority for any claims to be arbitrated on a class or representative basis; arbitration can decide only your individual claims and the arbitrator may not consolidate or join the claims of other persons or parties who may be similarly situated; (7) The arbitrator will not have the power to award punitive, consequential or exemplary damages against any party; (8) The award rendered by the arbitrator[s] shall be final, non-appealable, and binding on the parties, and may be entered and enforced in any court having jurisdiction, (9) In the event that the administrative fees and deposits you are required to pay under the AAA rules exceed $125, and you are unable to pay the additional fees and deposits, Company retains the right to forward them to the AAA on the your behalf, subject to ultimate allocation by the arbitrator. In addition, if you are able to demonstrate that the costs of arbitration will be prohibitive as compared to the costs of litigation, Company retains the right to pay as much of your filing and hearing fees in connection with the arbitration as the arbitrator deems necessary to prevent the arbitration from being cost-prohibitive; and (10) If any part of this Arbitration Provision is deemed to be invalid or otherwise unenforceable or illegal, the balance of this Arbitration Provision will remain in full force and effect and will be construed in accordance with its terms as if the invalid or illegal provision were not contained herein. The FAA applies to any disputes over arbitrability or the enforcement of this clause. Any dispute as to arbitrability, including disputes about this Agreement's enforceability, unconscionability, waiver, validity and applicability must be resolved by the arbitrator in arbitration and not by the court. **THESE TERMS PROVIDE THAT ALL DISPUTES BETWEEN YOU AND THE SEARCH ROI, LLC PARTIES WILL BE RESOLVED BY BINDING ARBITRATION. THUS, YOU GIVE UP YOUR RIGHT TO GO TO COURT TO ASSERT OR DEFEND YOUR RIGHTS. YOU ALSO GIVE UP YOUR RIGHT TO PARTICIPATE IN OR BRING CLASS ACTIONS. YOUR RIGHTS WILL BE DETERMINED BY A NEUTRAL ARBITRATOR AND NOT A JUDGE OR JURY. THE INFORMATION PROVIDED IN THIS AGREEMENT IS NOT INTENDED TO CONTAIN A COMPLETE EXPLANATION OF THE CONSEQUENCES OF ARBITRATION.** You may opt out of this arbitration agreement by providing notice to us by US Mail sent to: **6709 W. 119th Street #338, Overland Park, Kansas 66209** no later than 30 calendar days from the date you accept these Terms of Service. To opt out, you must send notice in a letter that includes the subject line: "Arbitration Opt Out" along with your full name and the email address you used when consenting to the Terms of Service.

**8. Miscellaneous.** This Agreement, including the Privacy Policy which is incorporated herein, constitutes the entire agreement between you and us with respect to your use of the Service. No waiver by either party of any breach or default hereunder is a waiver of any preceding or subsequent breach or default. Section headlines are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section. Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches. If any provision of this Agreement is held invalid by a court of competent jurisdiction, such invalidity shall not affect the enforceability of any other provisions contained in this Agreement and the remaining portions of this Agreement shall continue in full force and effect. You agree that this Agreement and all agreements and notices incorporated herein may be automatically assigned by us, in our sole discretion, to a third party. You may not assign your obligations to any other person or entity.

Case 3:26-cv-00361    Document 16-1    Filed 05/11/26    Page 40 of 42 PageID #: 123

**Terms of Service (/terms-of-service)     Privacy Policy (/privacy-policy)     Advertiser Disclosure (/advertiser-disclosure)     Personal Loan Notice (/personal-loan-notice) Unsubscribe (https://www.exltrk.com/oo/oo.php?sid=633&agentid=)     Do Not Sell My Personal Information (/ccpa)**

**THE OPERATOR OF THIS WEBSITE IS NOT A LENDER**, does not broker loans to lenders and/or lending partners and does not make cash advances or credit decisions. This Website does not constitute an offer or solicitation to lend. The operator of this Website is not an agent, representative or broker of any lender and/or lending partner and does not endorse or charge you for any service or product, but may receive compensation from the lender and/or lending partner for forwarding your information to them. In some cases, you may be given the option of obtaining a loan from a tribal lender and/or lending partner. Tribal lenders and/or lending partners are subject to tribal and certain federal laws while being immune from state law including usury caps. If you are connected to a tribal lender and/or lending partner, please understand that the rates and fees may be higher than state-licensed lenders and/or lending partners and you may be required to agree to resolve any disputes in a tribal jurisdiction. Additionally, your information may be going to an aggregator and not a lender and/or lending partner. Your information can be sold multiple times leading to multiple offers from lenders and/or lending partners, and other marketers. Lenders and/or lending partners who buy your information may supplement it with additional information about you that they obtain from other sources. Not all lenders and/or lending partners can provide your requested type of loan and/or loan rate or terms, and we make no promises that you will be able to obtain a loan. Cash transfer times may vary by lenders and/or lending partners and local laws. Lenders and/or lending partners may perform a credit check to determine your creditworthiness. In some circumstances faxing may be required. For details, questions or concerns regarding your cash advance, please contact your lender and/or lending partner directly. Lenders and/or lending partners are solely responsible to you for all aspects of any loan request or loan transaction, including compliance with all applicable laws and regulations relating to your loan request form and any agreement or disclosures relating to your loan request form or loan transaction (including any adverse action notices or Truth-in-Lending Act disclosures). If you are not connected with a lender you may be connected with other financial service providers that offer products associated with your selected loan purpose. Residents of Connecticut, New Hampshire, Washington, and Vermont are not eligible to submit a request for a cash advance on this Website. This service is not available in all states, and the states serviced by this Website may change from time to time and without notice. Short-term loans are an expensive form of credit and not a long-term financial solution. Please use short-term loans responsibly.

Online Lenders Alliance: When you see the OLA seal, you can trust you're working with a company committed to the highest standards of conduct dedicated to ensuring the best possible experience for their customers, fully compliant with federal law, and working hard to protect consumers from fraud.

Offers provided to customers who originated via a paid Google or Bing advertisement feature rate quotes on Lending For Bad Credit of no greater than 35.99% APR with terms from 61 days to 180 months. Your actual rate depends upon credit score, loan amount, loan term, and credit usage and history, and will be agreed upon between you and the lender. An example of total amount paid on a personal loan of $10,000 for a term of 36 months at a rate of 10% would be equivalent to $11,616.12 over the 36 month life of the loan.

© Copyright 2011 - 2026. Lending For Bad Credit (LFBC). All Rights Reserved. All trademarks, service marks, trade names, product names and logos appearing on the site are the property of their respective owners. Any rights not expressly granted herein are reserved.

 (https://onlinelendersalliance.org/look-for-the-ola-seal)

(https://onlinelendersalliance.org/resources/consumer-resources/)

**Lending For Bad Credit (LFBC)**

6709 W. 119th Street #338, Overland Park, Kansas 66209

(833) 321-7764