# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| VIRGINIA COLE, individually and on behalf of all others similarly situated, | Case No. 3:26-cv-00361 |
| Plaintiff, | Honorable District Judge Eli J. Richardson |
| v. | Honorable Magistrate Judge Jeffery S. Frensley |
| CASH BY PHONE, LLC, | |
| Defendant. | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION TO COMPEL ARBITRATION

Pursuant to Local Rule 6.01(a), Plaintiff Virginia Cole respectfully moves, unopposed, for a twenty-one (21) day extension of time to respond to Defendant Cash by Phone, LLC's Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiff's Complaint (Dkt. 16). In support thereof, Plaintiff states as follows:

1. This matter is a putative class action alleging violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §§ 227 et seq.

2. Plaintiff filed the Complaint on March 27, 2026, and Defendant was served on April 4, 2026. Dkts. 1, 11.

3. On April 22, 2026, Defendant filed an unopposed motion for extension of time to answer, move, or otherwise respond to the Complaint. Dkt. 12. The Court granted that motion on April 23, 2026, extending Defendant's deadline to May 11, 2026. See Dkt. 13.

4. On May 11, 2026, Defendant filed its Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiff's Complaint and Incorporated Memorandum of Law in Support Thereof. Dkt. 16. Pursuant to Local Rule 7.01(a)(3), Plaintiff's response was initially due fourteen

(14) days later, on May 25, 2026. Because May 25, 2026 is the Memorial Day holiday, and courts are closed, Plaintiff's response is due on May 26, 2026.

5. Counsel for Plaintiff recently conferred with counsel for Defendant regarding a requested twenty-one (21) day extension of Plaintiff's deadline to respond to Defendant's Motion to Compel Arbitration. Defendant does not oppose the requested extension. Accordingly, if approved, Plaintiff's response deadline would be extended through and including June 22, 2026.

6. Good cause exists for the requested extension. Plaintiff and her counsel require additional time to adequately review and analyze the issues raised in Defendant's Motion to Compel Arbitration, including the declaration and exhibits submitted in support thereof, conduct the necessary factual investigation regarding the alleged arbitration agreement, and prepare a thorough and substantive response brief.

7. In addition, the Parties are currently engaging in settlement discussions and are exploring the potential for an early resolution of this matter without further motion practice. The requested extension will provide the Parties with additional time to continue those discussions, which may conserve both the parties' and judicial resources.

8. Finally, Plaintiff's counsel currently has several preexisting professional obligations and briefing deadlines in other matters that coincide with the current response deadline. The requested extension will permit counsel sufficient time to prepare Plaintiff's response without prejudicing any party or burdening the Court.

9. The requested extension will also promote efficiency and conserve party and judicial resources by ensuring that Plaintiff has sufficient time to fully address the issues raised in Defendant's motion, thereby facilitating complete briefing of the arbitration issues before the

2

Court. The requested extension may also obviate the need for further litigation regarding Defendant's Motion to Compel Arbitration should the Parties reach a negotiated resolution.

10.     This request is made in good faith and not for purposes of delay. No party will be prejudiced by the requested extension, particularly because the motion is unopposed and this case remains in its early stages.

11.     This is Plaintiff's first request for an extension of time with respect to the deadline to respond to Defendant's Motion to Compel Arbitration.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order extending Plaintiff's deadline to respond to Defendant's Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiff's Complaint through and including June 16, 2026, and granting such other and further relief as the Court deems just and proper. A proposed order is submitted contemporaneously herewith.

RESPECTFULLY SUBMITTED this 26th day of May, 2026.

> */s/ Carly M. Roman*
> Carly M. Roman (*pro hac vice*)
> **STRAUSS BORRELLI PLLC**
> 980 North Michigan Avenue, Suite 1610
> Chicago, Illinois 60611
> Telephone: (872) 263-1100
> Facsimile: (872) 263-1109
> croman@straussborrelli.com
>
> Anthony Paronich (*pro hac vice*)
> **PARONICH LAW, P.C**.
> 350 Lincoln St., Suite 2400
> Hingham, MA 02043
> Telephone: (617)485-0018
> anthony@paronichlaw.com
>
> *Counsel for Plaintiff and the Putative Class*

3

## CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on May 26, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

RESPECTFULLY SUBMITTED this 26th day of May, 2026.

<div style="margin-left:40%">

*/s/ Carly M. Roman*
Carly M. Roman (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 North Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

</div>

Case 3:26-cv-00361    Document 18    Filed 05/26/26    Page 4 of 4 PageID #: 132