**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | |
|---|---|
| VIRGINIA COLE, individually and on behalf of all others similarly situated,<br><br>                           Plaintiff,<br><br>           v.<br><br>CASH BY PHONE, LLC,<br><br>                       Defendant. | Case No. 3:26-cv-00361<br><br>Honorable District Judge Eli J. Richardson<br><br>Honorable Magistrate Judge Jeffery S. Frensley |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO OPPOSE DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Before the Court is Plaintiff Virginia Cole's Unopposed Motion for Extension of Time to Respond to Defendant Cash by Phone, LLC's Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiff's Complaint.

Having considered the Motion, and for good cause shown, the Motion is hereby granted. Plaintiff's deadline to respond to Defendant's Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiff's Complaint (Dkt. 16) is extended by twenty-one (21) days, up to and including June 16, 2026.

**IT IS SO ORDERED.**

Dated: _____

                                          _____

                                          Honorable Judge _____