IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VIRGINIA COLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 3:26-cv-00361 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| CASH BY PHONE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Pending before the Court is the "Unopposed Motion for Extension of Time to Oppose Defendant's Motion to Compel Arbitration" (Doc. No. 18, "Motion"), wherein Plaintiff requests that her deadline to file a response to Defendant's "Motion to Compel Arbitration or, in the Alternative, to Dismiss Plaintiff's Complaint" (Doc. No. 16, "Defendant's Motion") be extended from May 26, 2026 to June 16, 2026. (Doc. No. 18 at 3).[1]

The Motion (Doc. No. 18), being unopposed and well-taken, is **GRANTED** *nunc pro tunc*, and Defendant shall have until June 16, 2026, to file a response to Defendant's Motion.

IT IS SO ORDERED.

_Eli Richardson_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] At one point in the Motion Plaintiff states that she is requesting that her deadline to respond to Defendant's Motion be extended to June 22, 2026. (Doc. No. 18 at 2). But here, the discussion is that what is contemplated is a 21-day extension from May 26, which would be June 16 rather than June 22. Moreover, the Motion elsewhere refers to the deadline to respond being extended to June 16, 2026, and the proposed order (Doc. No. 18-1) that Plaintiff submitted along with the Motion states that the requested extension is to June 16, 2026. So, the Court discerns that Plaintiff really seeks an extension of her deadline to respond to June 16, 2026.

Plaintiff's counsel is admonished to carefully review its filings to avoid this sort of confusion in the future.