# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

Nashville Division

VIRGINIA COLE, individually and on behalf of all others similarly situated, Plaintiff,

Case No. | No. 3:26-cv-00361

v.

CASH BY PHONE, LLC, Defendant.

Judge | Eli J. Richardson

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, A. Paul Heeringa hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Cash By Phone LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1.      I am a member in good standing of the following United States District Court or United States appellate court:

Northern District of Illinois

Attached is a Certificate of Good Standing from that court.

2.      I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

N/A

3.      I have not been found in contempt by any court or tribunal, except as provided below:

N/A

4.      I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided below:

N/A

5.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal, except as provided below.

N/A

6.      I have not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below:

N/A

7.      I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

Samuel F. Miller, Stites & Harbison, PLLC, SunTrust Plaza, 401 Commerce Street, Suite 800, Nashville, TN 37219; 615-782-2220; smiller@stites.com

8.      I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9.      By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in the course of the proceeding.

A. Paul Heeringa

/s/ _____ Signature

Name: A. Paul Heeringa

State where admitted and State Bar Number: Illinois Bar No. 6288233

Business Address: Manatt,Phelps & Phillips LLP, 151 N. Franklin, Ste 2600, Chicago, IL 60606

Local Address [if different from above]:

Phone: 312-529-6300

Email: pheeringa@manatt.com

# <u>CERTIFICATE OF SERVICE</u>

I certify that on May 29, 2026, I electronically filed the foregoing Motion for Admission Pro Hac Vice for A. Paul Heeringa with the Clerk of Court for the United States District Court for the Middle District of Tennessee, through the Court's Electronic Case Filing System, which will automatically serve all counsel of record listed below:


James Gerard Stranch, IV
Stranch, Jennings, & Garvey, PLLC
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203


Carly M. Roman
Strauss Borrelli PLLC
980 North Michigan Avenue, Suite 1610
Chicago, Illinois 60611


Anthony Paronich (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043


/s/ A. Paul Heeringa
A. Paul Heeringa
*Counsel for Defendant Cash By Phone LLC*