# CERTIFICATE OF GOOD STANDING



*United States of America*

}**ss.** Aaron Paul Heeringa

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court
for the Northern District of Illinois,

DO HEREBY CERTIFY That Aaron Paul Heeringa
was duly admitted to practice in said Court on (06/22/2006)
and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (04/09/2026 )

Thomas G. Bruton , Clerk,

By:  G. Corneliusen
     Deputy Clerk

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ G. CORNELIUSEN
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
April 9, 2026