**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE**

VIRGINIA COLE, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

CASH BY PHONE, LLC,

     Defendant.

NO. 3:26-cv-00361

JUDGE RICHARDSON
MAGISTRATE JUDGE FRENSLEY

## <u>DECLARATION OF VIRGINIA COLE</u>

I, Virginia Cole, declare as follows:

1. I am over the age of eighteen and have personal knowledge of the matters set forth herein.

2. I am the Plaintiff in this action.

3. During the relevant period, I used the cellular telephone number ending in 7615.

4. I did not submit a loan application through www.lendingforbadcredit.com.

5. I did not ever visit www.lendingforbadcredit.com.

6. I do not recall ever visiting any online loan marketplace website during 2024 or 2025.

7. I did not provide information through www.lendingforbadcredit.com for the purpose of obtaining a loan.

8. I never knowingly agreed to any Terms of Service presented by www.lendingforbadcredit.com.

9. I never knowingly agreed to arbitrate any dispute with Cash By Phone, LLC.

10. I never saw, reviewed, or read any arbitration agreement with Cash By Phone, LLC.

11. Defendant's records identify an address that I had not lived at for approximately ten years before this lawsuit was filed.

12. To the best of my knowledge, the IP address identified by Defendant is not associated with me.

13. Had I knowingly been presented with an agreement requiring arbitration of my legal claims, I would not have agreed to it.

     I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06/03/2026__.

_____
Virginia Cole