IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

```
┌─────────────┐
│  EXHIBIT    │
│     1       │
│ _____ │
└─────────────┘
```

| | |
|---|---|
| VIRGINIA COLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CASH BY PHONE, LLC,<br><br>Defendant. | No. 3:26-cv-00361<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## DECLARATION OF ANDREW BUSER

I, Andrew Buser, hereby declare the following to be true pursuant to 28 U.S.C. § 1746:

1.    I am over 21 years old, have personal knowledge of the facts stated herein, and could and would testify competently thereto if called upon to do so.

2.    I am an attorney, and have been licensed to practice law in Missouri since 2012 and Kansas since 2013. I am in good standing in all jurisdictions where I am admitted. I am the General Counsel for Cash By Phone LLC ("CBP"), the Defendant in the above-captioned litigation matter (the "Action").[1] I have held this position since 2014.

3.    I am submitting this Declaration on CBP's behalf, in connection with the "Defendant's Reply in Support of its Motion to Compel Arbitration or, In the Alternative, to Dismiss Plaintiff's Complaint" ("Reply") filed contemporaneously herewith in the Action. Nothing in this Declaration should be understood as an admission of any fact alleged by Plaintiff in the Action or of liability, which is denied. No waiver of attorney-client or other applicable privilege

_____

[1] All other capitalized terms herein should be understood as having the same definition in my previous declaration in the Action, *see* Dkt. 16-1, unless defined otherwise.

is intended or made through this Declaration. Nothing in this Declaration should be construed as amending any previous declaration I have given in this case, unless expressly so indicated.

4. All the records described herein are regularly kept and/or maintained in the course of business, were made near or at the time of the act or event recorded or were made reasonably soon thereafter, and were made or maintained by an employee, agent, vendor, or other representative of CBP. As part of my job, I have access to and have searched for and reviewed such records, including for this Declaration. Certain records were created by businesses or persons other than CBP, including third party vendors, or are available from public sources. In that regard, my understanding and belief is that all such records were made by, or from information transmitted by, a person with knowledge of the events described therein, at or near the time of the event described, and were prepared and kept in the ordinary course of the regularly conducted business activity of such entities. My understanding and belief, based on my professional experience and on my experience having reviewed such records in the past, is that the content of those records is reliable and accurate to the best of my knowledge. As part of its regular business practices, these records have been incorporated into CBP's business records and are routinely used and relied on by CBP in conducting its business and for other things, and were reviewed for this Declaration.

5. As summarized in my previous declaration filed with the Motion (*see* Dkt. 16-1), (i) CBP's business and other records confirm that, on the same date as the alleged texts at issue in the Action (March 8, 2025) someone with Plaintiff's name, cell phone number, email address, mailing address, and general location (*i.e.,* someone using a device with a Hartsville, Tennessee IP address) visited the subject Website, agreed to the subject Terms twice, and thus agreed to the Arbitration Agreement within twice; and (ii) based on public records, the Subject IP Address is connected with Plaintiff Virginia Cole, and the email address provided at the time of opt-in.

2

6. Further, during the opt-in process on the subject Website, what is known as a "LeadID" and "Certificate" is generated for each submission, through a third-party lead authentication service provider called ActiveProspect, which was formerly (and still commonly) known as "Jornaya." This provider logs and audits the user's session and shows *inter alia* that a live person completed the forms on the Website. CBP regularly obtains and relies on such information to demonstrate the authenticity and consent of the submitter to receive information telephonically from or on behalf of CBP. Based on my professional experience in utilizing such records for many years, I believe that they are accurate and reliable. A true and correct copy of the "Jornaya" certificate generated with respect to session for the Plaintiff, discussed in my previous declaration, is attached hereto as **Exhibit H**. This document has been partially redacted for privacy reasons, but I understand an unredacted copy was provided to Plaintiff's counsel by CBP's counsel prior to filing the Reply, and that an unredacted copy can be provided to the Court upon request.

7. A visual playback of the opt-in process on the subject Website, showing how the forms were completed by the user who visited the subject Website, is provided in the hyperlink on the last page of the Jornaya certificate entitled "Visual Playback Link." A screenshot of how the playback window appears is attached hereto as **Exhibit I**. Entering Plaintiff's information into the windows in the left hand side of the screen will yield a checkmark if it is valid.

8. To the extent Plaintiff claims in her declaration to "have never visited any online loan marketing place during 2024 or 2025" (Dkt. 24-1, ¶ 6), CBP's records appear to contradict this and further reflect that someone clicked on one of the hyperlinks in the subject text messages sent to the Subject Number on October 21, 2025. Attached hereto is a supplemental version of

3

Exhibit A, which was attached to my previous declaration, reflecting this.[2] This occurred roughly seven months after Plaintiff "opted-out" of the text messages in March 2025, and roughly two months after Plaintiff (through counsel) sent CBP a demand letter in August 2025.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 10, 2026 in Lenexa, Kansas

By: _____
Andrew Buser

_____

[2] This document has been partially redacted for privacy and confidentiality reasons, but I understand that an unredacted copy can be provided to the Court upon request. This information was inadvertently redacted from the prior version of Exhibit A.



CONFIDENTIAL & PROPRIETARY

INFORMATIONAL PURPOSES ONLY. LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

© All rights reserved. All aspects of the service and information provided by Lead Intelligence, Inc. d/b/a InfutorData ("ID"), formerly dba Jornaya, hereunder - including, e.g., the InfutorData Website, TCPA Guardian, Visual Playback, and the processes used by InfutorData in providing the service - are the exclusive property of InfutorData and its licensors. InfutorData' Visual Playback and the data made available through its use, including but not limited to this document, are subject to confidentiality obligations at all times. By accessing and using the service and information provided hereunder, you represent and warrant that (a) you have the authority to act on behalf of a valid subscriber to the service, (b) you shall use the service and information in compliance with the terms and conditions on which it is provided, (c) you shall use any data made available through the use of the service for its intended purposes only, and (d) you shall not further distribute any of the service or information provided hereunder to external parties without InfutorData's express prior written approval.

EXHIBIT H

# Guardian TCPA Report

**Prepared for Quinstreet - Master Account**

## What is a lead?

A lead occurs when a consumer visits a website and fills out a form, entering their personal information. A lead can also happen when a consumer interacts with a call center representative and confirms or provides certain information which are documented by the call center. Companies utilize lead forms on their own websites or in their call centers to collect data from consumers who have interest in being contacted about their products and services. Companies also purchase "3rd party data leads", where 3rd party lead sellers collect a consumer's data through a lead form on their owned and operated websites or their call centers, which they then sell to companies as a sales lead: a potential customer who has indicated interest in the company's products or services. In some cases, the 3rd party lead seller may collect a consumer's data, sell it to another 3rd party entity (known as an aggregator), who then sells that data to companies as a sales lead.

## Who is InfutorData?

InfutorData provides a neutral, 3rd party technology-based platform that tracks the origin and history of a lead event and the consumer actions that occurred at that event. InfutorData's technology witnesses more than one hundred million lead events each month - tracking the actions that occur when a consumer fills out a lead form - or interacts with a call center representative to complete a lead form.

InfutorData's Guardian services document the specific disclosure that was present on a lead form during a lead event and what type of consent was obtained, if any. Guardian services are intended solely and exclusively to provide companies with factual information about the environment that the consumer experienced.

Companies that purchase 3rd party data leads, or generate their own data leads on their website forms or in their call centers, use Guardian services to provide neutral verification and assurance that the activities regarding the collection of the consumer's consent to be contacted meet their requirements. Guardian services do not capture and store personally identifiable consumer data and InfutorData does not buy or sell leads; we help to verify what happened at the lead event.

## How does InfutorData help keep companies TCPA Compliant?

As a neutral, 3rd party witness to the events that take place on the website or a call center. Guardian provides facts on what happened during a consumer's visit to the website or interaction with a call center representative. Guardian helps companies to verify:

- Was a TCPA disclosure displayed or provided to the consumer?
- If so, did the disclosure meet the company's visibility and verification requirements? Was it large enough, and with enough color contrast? Or was it hidden and obscured, not meeting the company's requirements? If a call center, was it clearly stated by the call center representative?
- Did the disclosure language match the company's compliance standards?
- Did the consumer consent to the TCPA disclosure that was displayed or provided?

CONFIDENTIAL & PROPRIETARY
INFORMATIONAL PURPOSES ONLY - LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

## Lead Event Information:

| | |
|---|---|
| Universal LeadiD | 6BAB37EC-613E-515E-8C1E-F3998311CCA6 |
| Event Date | 03/08/2025 |
| Event Time | 03:28:36 AM EST |
| IP Address | 152.86.███ |

## Disclosure Information:

| | |
|---|---|
| ███████████████ | |
| ███████████████ | |

**Labeled TCPA Disclosure Statement captured at the lead event:**

BY PROVIDING MY PHONE NUMBER AND CLICKING ON THE "NEXT" BUTTON ABOVE, I PROVIDE MY EXPRESS CONSENT TO BE CONTACTED AT THE TELEPHONE NUMBER BY SEARCH ROI, LLC, CASH BY PHONE, LLC, IDENTITY PROVER, AND UP TO SIX MARKETPLACE PARTNERS (INCLUDING PARTIES CALLING ON THEIR BEHALF) IN CONNECTION WITH MY LOAN REQUEST, FOR OTHER MARKETING PURPOSES, AND RELATED TO CREDIT OR CREDIT REPAIR OFFERS, INCLUDING CONTACT THROUGH AUTOMATIC DIALING SYSTEMS, ARTIFICIAL OR PRE-RECORDED VOICE MESSAGING, OR TEXT MESSAGE. I UNDERSTAND THAT MY CONSENT APPLIES TO THESE TEXT MESSAGES AND TELEMARKETING CALLS EVEN IF I HAVE SUBSCRIBED TO A FEDERAL, STATE, OR COMPANY "DO NOT CALL" REGISTRY. MESSAGE AND DATA RATES MAY APPLY. TO OPT-OUT, PLEASE FOLLOW THE UNSUBSCRIBE INSTRUCTIONS WITHIN THE TEXT MESSAGE. CLICKING "NEXT" SHALL BE MY ELECTRONIC SIGNATURE TO THIS CONSENT. CONSENT IS NOT REQUIRED TO UTILIZE OUR SERVICES, AND YOU MAY CONTINUE WITHOUT PROVIDING A PHONE NUMBER BY CALLING (800) 516-6577.

CONFIDENTIAL & PROPRIETARY
INFORMATIONAL PURPOSES ONLY / LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY

**Visual Playback Link:**

https://vp.leadid.com/playback/6BAB37EC-613E-515E

CONFIDENTIAL & PROPRIETARY
INFORMATIONAL PURPOSES ONLY LIMITED DISTRIBUTION FOR INTENDED PARTIES ONLY



EXHIBIT I

© 2026 InfutorData. All rights reserved. Email: customersupport@infutor.com | Disclosures and User Confidential Information Obligations Regarding This Visual Playback

**Phones**

615█████7615

**Search**

Note: list each phone number on a new line.

Max of 100 numbers can be looked up at a time.

EXHIBIT A
SUPPLEMENTAL

| Phone | Event | Event Date | Email | IP Address | Landing Page | Consent Type | SMS Provider | Created By | First Name | Last Name | State | Drip ID | Message Name | Event URL | Bot Status | User Reply |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 615███7615 | Optin | 2025-03-08 02:32:08 | Vcole454█████ | 152.86.2██ | www.lendingforbadcredit.com | █████ | | | Virginia | Cole | TN | | | | | |
| 615███7615 | Send | 2025-03-08 02:42:05 | | | | | Trumpia | | | | | | | | | |
| 615███7615 | Send | 2025-03-08 09:52:31 | | | | | Trumpia | | | | | | | | | |
| 615███7615 | Send | 2025-03-09 09:53:16 | | | | | Trumpia | | | | | | | | | |
| 615███7615 | Send | 2025-03-10 09:54:17 | | | | | Trumpia | | | | | | | | | |
| 615███7615 | Send | 2025-03-11 09:55:25 | | | | | Trumpia | | | | | | | | | |
| 615███7615 | Send | 2025-03-12 09:56:19 | | | | | Trumpia | | | | | | | | | |
| 615███7615 | Send | 2025-03-13 09:57:11 | | | | | Trumpia | | | | | | | | | |
| 615███7615 | Send | 2025-03-14 09:58:17 | | | | | Trumpia | | | | | | | | | |
| 615███7615 | Optout | 2025-03-14 13:15:11 | | | | | Trumpia | | | | | | | | | |
| 615███7615 | Reply | 2025-03-14 13:15:11 | | | | | Trumpia | | | | | | | | | STOP |
| 615███7615 | Click | 2025-10-21 18:29:27 | | 71.223.██████ | | | Trumpia | | | | | | | Click | | |