| | | |
|---|---|---|
| **Wilson County** | **STATE OF TENNESSEE**<br>**CIVIL SUMMONS**<br>page 1 of 1 | **Case Number**<br>26-CN-361 |
| **CHRISTOPHER SHEFFIELD** | **vs.** | **BOHDAN YAKIBCHUK and SONA TRANSPORTATION, INC.** |

Served On:

__BOHDAN YAKIBCHUK__     **via Secretary of State: 4048 North Austin Avenue, Apartment 1, Chicago, Illinois 60634** _____

You are hereby summoned to defend a civil action filed against you in Circuit Court, Wilson County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: _____5/15/26_____                          _____teewson_____          **FILED**
                                                                        Clerk / Deputy Clerk

**A.M.  MAY 15 2026  P.M**
**949 te**

Attorney for Plaintiff:   Kristi Roberts, Morgan & Morgan-Nashville _____
                                      150 4th Avenue North, Suite 300, Nashville, TN 37219 _____

DEBBIE MOSS, CIRCUIT COURT CLERK
WILSON COUNTY, TN

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to  _____, _____ Clerk, _____County
                      _____

### CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____                    _____
                                                                 Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____
_____
_____

Date:_____                    By:_____
                                                                 Officer, Title

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____                    _____
                                                                 Notary Public / Deputy Clerk (Comm. Expires _____ )

_____                    _____
Signature of Plaintiff                                              Plaintiff's Attorney (or Person Authorized to Serve Process)
                                    **(Attach return receipt on back)**

*ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at (   ) _____.*

*Rev. 03/11*

**EXHIBIT A**

<table>
<tr><td><u>Wilson County</u></td><td>STATE OF TENNESSEE<br>CIVIL SUMMONS<br>page 1 of 1</td><td>Case Number<br>26-CV-361</td></tr>
</table>

| | | |
|---|---|---|
| **CHRISTOPHER SHEFFIELD** | vs. | **BOHDAN YAKIBCHUK and SONA TRANSPORTATION, INC.** |

Served On:

**SONA TRANSPORTATION, INC.**   <u>via Certified Mail: Registered Agent Oleg Mykytin, 636 North 4th Avenue, Addison, Illinois 60101</u>

You are hereby summoned to defend a civil action filed against you in Circuit Court, Wilson County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: _____5/15/26_____

_____ Clerk / Deputy Clerk

**FILED** A.M. MAY 1 5 2026 P.M.

DEBBIE MOSS, CIRCUIT COURT CLERK WILSON COUNTY, TN

Attorney for Plaintiff: <u>Kristi Roberts, Morgan & Morgan-Nashville</u>
<u>150 4th Avenue North, Suite 300, Nashville, TN 37219</u>

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

---

## CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

_____

Date: _____     By: _____
Officer, Title

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____
Notary Public / Deputy Clerk (Comm. Expires _____ )

_____
Signature of Plaintiff

_____
Plaintiff's Attorney (or Person Authorized to Serve Process)

*ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____.*

*Rev. 03/11*