



**Division of Business and Charitable Organizations**
**Department of State**
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: (615) 741-2286
tncab.tnsos.gov/portal/

**Tre Hargett**
Secretary of State

HON. DEBBIE MOSS
134 S COLLEGE ST RM 100
LEBANON, TN 37087-3657

05/19/2026
Case#: **26-CV-361**
Certified #: **420606349214890194038377837911**

RE: **CHRISTOPHER SHEFFIELD**

VS: **BOHDAN YAKIBCHUK AND SONA TRANSPORTATION, INC.**

Dear Clerk,

Enclosed are the following papers in the above styled case:

☑ Original Summons

☑ Affidavit and Endorsement

☑ Registered or Certified Return Receipt signed by:

    SEE ATTACHED USPS

☐ Registered or Certified letter returned refused

☐ Registered or Certified letter returned undelivered with notation:

Sincerely,

Tre Hargett
Secretary of State

SS-4210 (Rev. 8/15)

RDA 1003

**EXHIBIT C**

**Division of Business and Charitable Organizations**
**Department of State**
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: (615) 741-2286
tncab.tnsos.gov/portal/

## AFFIDAVIT AND ENDORSEMENT

Case #: **26-CV-361**

Certified #: **420606349214890194038377837911**

05/20/2026

SOS Summons: C2026059387

RE: **CHRISTOPHER SHEFFIELD**

VS: **BOHDAN YAKIBCHUK AND SONA TRANSPORTATION, INC.**

I, <u>DAWN WHITTAKER</u>, having been duly authorized by Tre Hargett, Secretary of State of Tennessee, do hereby make oath on his behalf and under authorization as follows:

That on <u>05/18/2026</u>, I received from the plaintiff the original and certified copies of the process, notice or demand issued against <u>YAKIBCHUK, BOHDAN</u>
whose address is: <u>4048 NORTH AUSTIN AVENUE APT 1, CHICAGO, IL 60634</u>,
and that on <u>05/19/2026</u>, I mailed by registered or certified return-receipt mail the certified copies of the process, notice, or demand to the above address together with a written notice that service was made.

I further make oath that the return receipt for the registered or certified letter was received at my office in Nashville, Tennessee, on <u>05/29/2026</u>, and returned to <u>WILSON COUNTY - CIRCUIT of LEBANON,</u> <u>TN</u> on <u>06/03/2026</u>.

Tre Hargett
Secretary of State

By:

Sworn to and subscribed before me this
1st day of June, 2026

Notary Public

My Commission Expires: January 22, 2030

SS-4201 (Rev. 9/15)

RDA 1003

STATE OF TENNESSEE NOTARY PUBLIC
CAROL L. DICKERSON
DAVIDSON COUNTY





**UNITED STATES POSTAL SERVICE**

Mailer: TN Secretary of State

Date Produced: 05/27/2026

ConnectSuite Inc.:

Control #: C2026054592
Filed: 05/29/2026 12:00 AM
Tre Hargett
Secretary of State

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8377 8379 11. Our records indicate that this item was delivered on 05/26/2026 at 09:10 a.m. in CHICAGO, IL 60634. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :     **4048 N AUSTIN AVE, CHICAGO, IL 60634**

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

BOHDAN YAKIBCHUK
4048 NORTH AUSTIN AVE.
APT 1
CHICAGO, IL 60634

Customer Reference Number:     C6846689.41947869

Case Number          26-CV-361