**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**AT NASHVILLE**

| | |
|---|---|
| VIRGINIA COLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CASH BY PHONE, LLC,<br><br>Defendant. | Case No. 3:26-cv-00361<br><br>Honorable District Judge Eli J. Richardson<br><br>Honorable Magistrate Judge Jeffery S. Frensley |

**PLAINITFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Virginia Cole hereby gives notice that her claims in this action against Defendant Cash By Phone LLC, are hereby voluntarily dismissed with prejudice as to her individual claim and without prejudice as to the class claims, with each party to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 18th day of August, 2026.


*/s/ Carly M. Roman*
Carly M. Roman (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 North Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com

Anthony Paronich (*pro hac vice*)
**PARONICH LAW, P.C**.
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617)485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I, Carly M. Roman, hereby certify that on August 18, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

RESPECTFULLY SUBMITTED this 18th day of August, 2026.

*/s/ Carly M. Roman*
Carly M. Roman (*pro hac vice*)
**STRAUSS BORRELLI PLLC**
980 North Michigan Avenue, Suite 1610
Chicago, Illinois 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
croman@straussborrelli.com