IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| VIRGINIA COLE,<br><br>Plaintiff,<br><br>v.<br><br>CASH BY PHONE, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 3:26-cv-00361<br><br>JUDGE RICHARDSON |

**ORDER**

In this putative class action, Plaintiff has filed a Notice of Voluntary Dismissal (Doc. No. 28, "Notice"). The Notice constitutes a notice of dismissal before the opposing party has served an answer or motion for summary judgment. Under Fed. R. Civ. P. 41(a)(1)(A)(i), therefore, the Notice sufficed to dismiss this action without any action on the part of the Court. The Notice states that the dismissal is with prejudice as to Plaintiff and without prejudice as to the putative class, so under Fed. R. Civ. P. 41(a)(1)(B), the dismissal is in fact with prejudice as to Plaintiff and without prejudice as to the putative class.

The Court acknowledges that this action has been **DISMISSED** as stated, and the Clerk is directed to enter judgment under Fed. R. Civ. P. 58 and close the file.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE