**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Virginia Cole

Plaintiff,

v.

Case No.: 3:26−cv−00361

Cash by Phone, LLC

Defendant,

# ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 8/25/2026 re [29].

Vicki R. Kinkade
s/ Steven M Hotze, Deputy Clerk